JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHKAUN RAFIGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PASO ROBLES POLICE DEPARTMENT et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-10524-HDV (SK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Report and Recommendation to Grant Defendants' Motion for Summary Judgment, **IT IS ADJUDGED** that Defendants are entitled to judgment as a matter of law and that this action is therefore dismissed with prejudice.

DATED: 5/1/2025

　　　　　　　　　　　　　　　　　　HERNAN D. VERA
　　　　　　　　　　　　　　　　　　United States District Judge